JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANTONIO FERNANDEZ, | Case No. 2:19-cv-5464-ODW (KSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| O'REILLY AUTO ENTERPRISES, LLC., et al., | |
| Defendants. | |

In light of the Court's findings of fact and conclusions of law following the Bench Trial in this matter, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Plaintiff Antonio Fernandez shall take nothing;
2. Judgment for Defendant O'Reilly Auto Enterprises, LLC; and
3. The Clerk of the Court shall close this case

**IT IS SO ORDERED.**

August 6, 2021

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**